UNITED STATES DISTRICT COURT
District of Minnesota

CR17-199 JNE/LIB

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 1151 |
| | 18 U.S.C. § 1153(a) |
| v. | 18 U.S.C. § 1153(b) |
| CHRISTOFER TIMOTHY MORRISON, Sr., | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Felony Child Endangerment)

On or about May 4, 2016, in the State and District of Minnesota and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**CHRISTOFER TIMOTHY MORRISON, Sr.,**

an Indian and parent of Baby Doe, also an Indian and child under the age of one year, did intentionally and recklessly cause and permit Baby Doe to be placed in a situation likely to substantially harm Baby Doe's physical health, and the endangerment resulted in substantial physical harm, all in violation of Title 18, United States Code, Sections 1151, 1153(a), and 1153(b), and Minn. Stat. § 609.378, subd. 1(b)(1).

A TRUE BILL

_____   _____
ACTING UNITED STATES ATTORNEY        FOREPERSON

SCANNED
AUG 0 8 2017
U.S. DISTRICT COURT ST. PAUL